1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ROXANNE ARI,                        No. C 07-3291 WHA (PR)

11                    Petitioner,         **ORDER OF DISMISSAL**

12        vs.

13    DEBORAH L. PATRICK, Warden,

14                    Respondent.
                                        /

15

16         This is a habeas case filed pro se by a state prisoner.  Petitioner has moved to disqualify

17    the undersigned.  As grounds for disqualification she quarrels with this Court's rulings in her

18    previous cases.  This is not sufficient to allege a personal bias, as required by 28 U.S.C. § 144.

19    S*ee United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 566 (9th Cir. 1995) (judge's

20    rulings in litigant's other cases not grounds for disqualification).  The declaration therefore is

21    not legally sufficient under Section 144, and the motion, construed as being made pursuant to

22    Section 144, will be denied without reference to another judge.  *See United States v. Scholl*, 166

23    F.3d 964, 977 (9th Cir. 1999) (judge not required to refer motion to recuse to another judge if

24    motion is not timely or legally sufficient).

25         In addition, the Court has considered the contentions in the motion under 28 U.S.C. §

26    445.  A reasonable person considering the rulings in petitioner's previous cases would not

27    conclude that they were the product of bias.  *See Liteky v. United States*, 510 U.S. 540, 555-

28    56 (1994) (judicial rulings alone may constitute grounds for appeal, but almost never constitute

**United States District Court**

For the Northern District of California

1 a valid basis for a bias or impartiality motion).  For these reasons, the motion is also without

2 merit when construed as being brought pursuant to Section 445.  The motion to disqualify

3 (document number 4 on the docket) is **DENIED**.

4   Petitioner had a previous habeas case before this court, C 01-1139 WHA (PR).  It was

5 transferred to the Eastern District of California on June 14, 2001, and given case number CIV-

6 F-01-5848 OWW DLB by that court.  It was then dismissed by that court for failure to allege

7 grounds that would entitle petitioner to habeas relief.  This petition, therefore, is second or

8 successive.  Second or successive petitions may not be filed unless the petitioner first obtains

9 from the United States Court of Appeals for the Ninth Circuit an order authorizing the district

10 court to consider the petition.  *See* 28 U.S.C. § 2244(b)(3)(A).  Petitioner has not obtained such

11 an order.  The petition accordingly is **DISMISSED** without prejudice to refiling if she obtains the

12 necessary order.

13   Petitioner's motion to proceed in forma pauperis (document number 2) is **DENIED**.  No

14 fee is due.  Her motion for appointment of counsel (document number 3) is **DENIED** as moot.

15 Petitioner may disregard the clerk's notice regarding the insufficiency of her application to

16 proceed in forma pauperis.  The clerk shall close the file.

17

18   **IT IS SO ORDERED.**

19

20 Dated:  June ___28___, 2007.

21        WILLIAM ALSUP
        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28 G:\PRO-SE\WHA\HC.07\ARI291.2D

2