UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROXANNE ARI,

        Plaintiff,

v.

DEBORAH L. PATRICK et al,

        Defendant.

Case Number: CV07-03291 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roxanne Ari
Central California Women Facility
W-43483
CCWF/D513-8-1L
PO Box 1508
Chowchilla, CA 93610-1508

Dated: June 28, 2007

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk