IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROXANNE ARI,                                   No. C 07-3291 WHA (PR)

          Petitioner,                      **JUDGMENT**

  vs.

DEBORAH L. PATRICK, Warden,

          Respondent.
                                         /

      Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

      **IT IS SO ORDERED.**

Dated: June   28  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\ARI291.JUD